

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00273-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | On Appeal from the 30th District Court |
| | § | |
| | § | of Wichita County (58190-A) |
| V. | § | September 27, 2018 |
| | § | Opinion by Justice Meier |
| DANIEL DEWAIN DRURY, Appellee | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed, and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier